Martha G. Bronitsky, #127583
Chapter 13 Standing Trustee
Leo G. Spanos, #261837, Staff Attorney
Nima Ghazvini, #254758, Staff Attorney
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621-1900
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Robert Alexi Rojas<br><br><br>debtor(s) | Chapter 13 Case No. 13-45382-WJL13<br><br>NOTICE OF FILED CLAIMS |

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee, has compiled a list of the claims filed, attached hereto, in the above referenced case. The Notice of Filed Claims is being served on the debtor(s) and their attorney of record so they may review the same and, in general, determine whether to:

(1) Object to any claims;

(2) File a claim for any creditor that failed to file a claim; or

(3) Modify the Plan to reconcile the Plan to the filed claims.

Pursuant to Federal Rule of Bankruptcy Procedure 3004, if a creditor has not filed a timely proof of claim you may file a proof of claim on its behalf within 30 days after the expiration of the time for filing claims.

Pursuant to Section 2.01 of the Chapter 13 Plan, payments required by Sections 2.04, 2.05, 2.07, 2.08, 2.10, and 3.01 will not be paid unless a timely proof of claim is filed by or on behalf of a creditor.

Pursuant to Section 2.02 of the Plan, the proof of claim, not the Plan or schedules, determine the amount and classification of a claim unless ordered otherwise.

Pursuant to Section 2.09 of the Plan, any secured claims not provided for by the Plan will not receive disbursement from the Chapter 13 Trustee.

PLEASE NOTE THE FOLLOWING IMPORTANT DATES:

Deadline to File a Proof of Claim:

    Creditors:  January 29, 2014

    Government Unit:  March 24, 2014

Deadline for debtors to file claims:

    Creditors:  February 28, 2014

    Government Unit:  April 23, 2014

The above dates are provided for convenience of the parties.  The Chapter 13 Trustee makes no warranty as to the information herein.  The information may be incomplete or incorrect.  The debtor(s) and their attorney of record should review and calculate all relevant dates.

Date: January 31, 2014                                     /s/ Martha G Bronitsky
                                                                                  Martha G Bronitsky
                                                                                 Chapter 13 Trustee

## Certificate of Service

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 31, 2014 /s/ Tran Nguyen
Tran Nguyen

Robert Alexi Rojas         Patrick L Forte Atty
475 Christine Drive        1 Kaiser Plaza #480
San Pablo, CA 94806        Oakland, CA 94612

(Debtor(s))                (Counsel for Debtor)