| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Merdaud Jafarnia, Esq. SBN 217262 |

JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for Wells Fargo Bank, N.A., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 13-45382 WJL |
| **Robert Alexi Rojas**, | § | |
| | § | Chapter: 13 |
| | § | |
| Debtor. | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Wells Fargo Bank, N.A., its assignees and/or successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

M&H File No. CA-17-136339

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Wells Fargo Bank, N.A., its assignees and/or successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 5/4/2017         McCarthy & Holthus, LLP

By: /s/ Merdaud Jafarnia, Esq.
Merdaud Jafarnia, Esq.,
Attorneys for Wells Fargo Bank, N.A., its
assignees and/or successors

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Jennifer C. Wong, Esq. SBN 246725 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4811 |
| | jwong@mccarthyholthus.com |
| 6 | |
| 7 | Attorneys for Wells Fargo Bank, N.A. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | ) | Case No. 13-45382 WJL |
|---|---|---|
| | ) | |
| Robert Alexi Rojas, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | **CERTIFICATE OF SERVICE OF** |
| | ) | **REQUEST FOR SPECIAL NOTICE** |
| | ) | |
| | ) | |
| | ) | Judge: William J. Lafferty |

1

File No. CA-17-136339
Certificate of Service, Case No. 13-45382 WJL

Case: 13-45382    Doc# 28    Filed: 05/08/17    Entered: 05/08/17 09:00:58    Page 3 of 4

# CERTIFICATE OF SERVICE

On 5/8/2017, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

**US TRUSTEE**
USTPRegion17.OA.ECF@usdoj.gov

**DEBTOR(S) COUNSEL**
Patrick L. Forte
pat@patforte.com

**TRUSTEE**
Martha G. Bronitsky
13trustee@oak13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo
Salvador Arroyo

On 5/8/2017, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Robert Alexi Rojas, 475 Christine Dr., San Pablo, CA 94806

DEBTOR(S) COUNSEL
Patrick L. Forte, Law Offices of Patrick L. Forte, 1624 Franklin St. #911, Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky, P.O. Box 5004, Hayward, CA 94540

BORROWER(S)
Celia Rojas, 475 Christine Drive, San Pablo, CA 94806

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 5/8/2017        /s/ Hue Banh
Hue Banh

2

File No. CA-17-136339
Certificate of Service, Case No. 13-45382 WJL