| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq., SBN 187474 |
| 2 | Merdaud Jafarnia, Esq., SBN 217262 |
|   | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
|   | San Diego, CA 92101 |
| 4 | Phone (619) 685-4800 Ext. 1521 |
|   | Fax (619) 685-4810 |
| 5 | mjafarnia@mccarthyholthus.com |
| 6 | Attorney for: Secured Creditor, |
|   | Wells Fargo Bank, N.A. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:                                  ) Case No. 13-45382 WJL
                                        )
Robert Alexi Rojas,                     ) Chapter   13
                                        )
        Debtor.                         ) RS No.   MJ-10762
                                        )
                                        ) **MOTION FOR RELIEF FROM**
                                        ) **AUTOMATIC STAY**
                                        )
                                        ) Date:   09/13/2017
                                        ) Time:   09:30AM
                                        ) Ctrm:   220
                                        ) Place:  1300 Clay Street
                                        )         Oakland, CA
                                        )
                                        )
                                        )

    Wells Fargo Bank, N.A. ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the

Debtor's property, commonly known as 475 Christine Drive, San Pablo, CA 94806, ("Property" herein).

As stated in the attached Declaration, the Debtor has failed to make 3 post-petition payments (06/01/17 through 08/01/17).

Based on the foregoing, Secured Creditor alleges that it is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

Debtor executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or assignee of the mortgage or deed of trust.

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.

4. For attorneys' fees and costs incurred herein.

5. For such other relief as the Court deems proper.

6. The co-debtor stay of 11 U.S.C. §1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

7. The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan

workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

8. Furthermore, Movant may contact the Debtor to comply with California Civil Code Section 2923.5.

Dated: August 17, 2017                                   McCarthy & Holthus, LLP

By:  /s/ Merdaud Jafarnia
Merdaud Jafarnia, Esq.
Attorneys for Secured Creditor
Wells Fargo Bank, N.A.