JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800 Ext. 1521
Fax (619) 685-4810
mjafarnia@mccarthyholthus.com

Attorneys for Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Robert Alexi Rojas,<br><br>　　　　Debtor. | Case No. 13-45382 WJL<br><br>Chapter 13<br><br>RS No.: MJ-10762<br><br>**DECLARATION OF DEVON DOUGLAS SR IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: 09/13/2017<br>Time: 09:30AM<br>Place: 220<br>　　　　1300 Clay Street<br>　　　　Oakland, CA |

///

///

///

///

///

I, Devon Douglas Sr, declare under penalty of perjury as follows:

1. I am a/an Vice President Loan Documentation of Wells Fargo Bank, N.A. ("Wells Fargo") and am authorized to sign this declaration on behalf of Wells Fargo. This declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. As part of my job responsibilities for Wells Fargo, I have personal knowledge of and am familiar with the types of records maintained by Wells Fargo in connection with the account that is the subject of the Motion (the "Account") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Wells Fargo that pertain to the Account and extensions of credit given to the Debtor concerning the property securing such Account.

3. The information in this declaration is taken from Wells Fargo's business records regarding the Account. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course of Wells Fargo's regularly conducted business activities. It is the regular practice of Wells Fargo to create and maintain such records.

4. The Debtor, Robert A. Rojas and non-filing borrower Celia Rojas, have executed and delivered or are obligated with respect to the attached promissory note (the "Debt Agreement"). Debtor executed a promissory note secured by a mortgage or deed of trust. Creditor, directly or through an agent, has possession of the promissory note and may enforce the promissory note as transferee in possession. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust. Pursuant to the attached Deed of Trust (the "Security Instrument"), all obligations of the Debtor under and with respect to the Debt Agreement and the Security Instrument are secured by the property referenced in the Motion. Pursuant to the attached assignment of the Deed of Trust, the Deed of Trust has been assigned to Wells Fargo Bank, N.A. The terms of the Debt Agreement were amended by the attached loan

403-CA Northern-V15

modification agreements entered into by and between Wells Fargo Bank, N.A. and the Debtor dated 01/20/2010, 02/16/2011, and 06/19/2012 (the "Loan Modification Agreements").

5. As of 08/11/2017, there are one or more defaults in paying post-petition amounts due with respect to the Debt Agreement.

6. As of 08/11/2017, the unpaid principal balance of the Debt Agreement is $204,961.69.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Debt Agreement, that have been missed by the Debtor as of 08/11/2017:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 06/01/17 | 08/01/17 | $1,103.51 | $425.97 | $1,529.48 | $4,588.44 |
| Less post-petition partial payments (suspense balance): | | | | | | ($173.56) |

**Total: $4,414.88**

8. As of 08/11/2017, the total post-petition arrearage/delinquency and amount necessary to cure the post-petition default alleged in the Motion is $4,414.88, consisting of (i) the foregoing total of missed post-petition payments in the amount of $4,414.88 plus (ii) the following post-petition fees[1].

| Description | Amount |
|---|---|
| N/A | $0.00 |

9. The timing and/or amount of Debtor's payments changed because of a change in the escrow amount required in each payment. Wells Fargo caused written notice of this changed amount to be provided to the debtor.

---

[1] The total of missed post-petition payments for this impounded loan include any missed escrow payments. Such missed escrow payments include amounts assessed for taxes and insurance and any previously assessed escrow shortage amount (if applicable). To avoid duplication, post-petition advances (if any) made for insurance, real estate taxes, or similar charges are not listed separately to the extent such advances would have been paid from the missed escrow payments. As part of the next annual RESPA analysis, Wells Fargo will determine whether the escrow payments assessed to the debtor (including the missed escrow payments) result in a projected escrow shortage or overage. All rights are hereby reserved to assert or request any escrow amounts in accordance with RESPA and the total post-petition arrearage/delinquency is qualified accordingly.

403-CA Northern-V15

10. The following documents are attached as exhibits and incorporated herein by reference:

    a. Attached hereto as **Exhibit "1"** is a true and correct copy of the Security Instrument.

    b. Attached hereto as **Exhibit "2"** is a true and correct copy of the assignment of the Deed of Trust.

    c. Attached hereto as **Exhibit "3"** is a true and correct copy of the Debt Agreement.

    d. Attached hereto as **Exhibit "4"** is a true and correct copy of the Loan Modification Agreements.

    e. Attached hereto as **Exhibit "5"** is a complete post-petition payment history.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2017.

*/s/ Devon Douglas Sr/*

Devon Douglas Sr
Vice President Loan Documentation
Wells Fargo Bank, N.A.

403-CA Northern-V15