UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:  
Robert Alexi Rojas  
Debtor  

Bankruptcy No.: 13-45382 WJL  
R.S. No.: MJ-10762  
Hearing Date: 09/13/2017  
Time: 09:30AM  

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 09/24/2013  Chapter: 13  
 Prior hearings on this obligation: None  Last Date to File § 523/§ 727 Complaints: 12/30/2013  
(B) Description of personal property collateral (e.g. 1983 Ford Taurus): N/A  
(C) Description of real property collateral: Single family residence at 475 Christine Drive, San Pablo, CA 94806  

Fair Market Value: $150,000.00   Source of Value: Schedule A   If appraisal, date: None  

Moving Party's Position:  First trust deed  

Approx. Bal.  $204,961.69   Pre Petition Default  $12,616.11  
As of [date]  08/11/17   No. of months  9  
Mo. payment:  $1,529.48   Post Petition Default  $4,414.88  
Notice of Default (date):  06/21/2013   No. of months  3  
Notice of Trustee's Sale:  09/27/2013   Advances Senior Liens  $0.00  

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $ 204,961.69 | $ 1,529.48 | $ 17,030.99 |

(D) Other pertinent information:  
(E) [ ] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.  
 [ ] Loan modification initiated by borrower, but was closed on __/__/__ for failure to provide required documentation.  
 [ x ] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.  
 [ ] Loan modification: Debtor's request is pending   [ ] Loan modification: Modification in trial period.  
 [ ] Loan modification: No decision yet.   [ ] Loan modification: Denied in writing (attached hereto)  

Dated: August 17, 2017

/s/ Merdaud Jafarnia  
Signature  
Merdaud Jafarnia, Esq.  
Print or Type Name  
Attorney for Secured Creditor