JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811
mjafarnia@mccarthyholthus.com

Attorneys for Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Robert Alexi Rojas,<br><br>      Debtor. | ) Case No. 13-45382 WJL<br>)<br>) Chapter 13<br>)<br>) R.S. No.: MJ-10762<br>)<br>) **ADEQUATE PROTECTION**<br>) **STIPULATION**<br>)<br>) Date: 10/18/2017<br>) Time: 9:30 AM<br>) Ctrm: 220<br>) Place: 1300 Clay Street<br>)          Oakland, CA 94604<br>) |

Wells Fargo, Wells Fargo Bank, N.A., its assignees and/or successors and its servicing agent Wells Fargo Bank, N.A. ("Wells Fargo") and Debtor, Robert Alexi Rojas, ("Debtor") by and through their attorney's of record STIPULATE as follows:

1. This Order affects the real property commonly known as: 475 Christine Drive, San Pablo, CA 94806.

2. Commencing 10/01/2017, Debtor shall make regular monthly post-petition payments under the Note and Deed of Trust to Wells Fargo, and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust.

3. Payments shall be made directly to Wells Fargo, at PO Box 14507, Des Moines, IA 50306, with reference to Loan Number ending with 5613, or as otherwise directed.

4. Debtor shall make an additional payment on 10/1/2017 and 11/1/2017 to Wells Fargo in the amount of $422.18 to cure the post arrears. The post-petition delinquency owed to Wells Fargo is $844.36, itemized as follows:

| | | | |
|---|---|---|---|
| 1 Monthly Payments, 9/1/2017 | at | $1,529.48 | $1,529.48 |
| Suspense | | | ($685.12) |
| Tota Post-Petition Delinquency: | | | $844.36 |

5. The Debtor shall timely perform all of their obligations under Wells Fargo's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all senior liens.

6. In the event Debtor(s) fails to timely perform any of the obligations set forth in this Order, Wells Fargo shall notify Debtor and Debtor's counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default.

7. If Debtor(s) fails to cure the default, Wells Fargo may restore its Motion for Relief from Stay to the Court's calendar for further consideration upon ten (10) days written notice to Debtor and Debtor(s)' attorney of record.

8. Debtor(s) defaults on the obligations set forth herein on more than three (3) occasions, Wells Fargo may restore its Motion for Relief from Stay to the Court's calendar for further consideration upon ten (10) days written notice to Debtor and Debtor(s)' attorney of record.

9. Wells Fargo's Proof of Claim is due and owing and is allowed in full.

///

///

///

10. The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS SO STIPULATED:

*Merdaud Jafarnia*
_____
Merdaud Jafarnia, Esq.
Attorney for Wells Fargo


_____
Patrick L. Forte
Attorney for Debtor