

1  JaVonne M. Phillips, Esq. SBN 187474
2  Merdaud Jafarnia, Esq. SBN 217262
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4811
   mjafarnia@mccarthyholthus.com
6
7  Attorneys for Secured Creditor, Wells Fargo Bank,

The following constitutes the order of the court.
Signed October 11, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:                                ) Case No. 13-45382 WJL
                                      )
Robert Alexi Rojas,                   ) Chapter  13
                                      )
        Debtor.                       ) RS No. MJ-10762
                                      )
                                      )
                                      ) **ORDER ON ADEQUATE PROTECTION**
                                      ) **STIPULATION**
                                      )
                                      ) Date:  10/18/2017
                                      ) Time:  9:30 AM
                                      ) Courtroom: 220
                                      ) Place:  1300 Clay Street
                                      )         Oakland, CA 94604
                                      )
                                      )

The parties agreed to the terms set forth in the Adequate Protection Stipulation filed on 10/10/2017 as document #31 and are bound by the terms of their stipulation which shall be the Order of this Court.

**END OF ORDER**

1

**COURT SERVICE LIST**

Robert Alexi Rojas
475 Christine Dr.
San Pablo, CA 94806

Patrick L. Forte
Law Offices of Patrick L. Forte
1624 Franklin St. #911
Oakland, CA 94612

2